AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:11-cv-13670-JAC-MJH
Hon. Julian Abele Cook

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Professional Account Management, LLC

Date of Service:              August 26, 2011

## Method of Service

\_\_\_ Personally served at this address:

\_\_\_ Left copies at defendant's usual place of abode with (name of person):

**XXX** Other (specify):
Certified Mail/Return Receipt to: PROFESSIONAL ACCOUNT MANAGEMENT, LLC.
RA: The Corporation Company
30600 Telegraph Road - Suite 2345
Bingham Farms, MI  48025

\_\_\_ Returned unexecuted (reason):

**Service Fees:**   Travel $\_\_\_\_\_     Service $\_\_\_\_\_     Total $\_\_\_\_\_

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:              Brandy A. Moore

Signature of Server:         *Brandy A. Moore*

Date:                        August 31, 2011

Server's Address:            **NITZKIN & ASSOCIATES**
                             22142 WEST NINE MILE ROAD
                             SOUTHFIELD, MI 48034

Approved, SCAO    PROBATE JDC CODE: POM

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>USDCEM JUDICIAL CIRCUIT<br>COUNTY PROBATE | PROOF OF MAILING | CASE NO.<br>2:11-cv-13670-JAC-MJH |
|---|---|---|

Court address    Court telephone no.

| Plaintiff(s)<br>HARRY HARMON<br>c/o Nitzkin & Associates<br>Southfield, MI 48033 | v | Defendant(s)<br>Professional Account Management, LLC<br>RA: The Corporation Company<br>30600 Telegraph Road – Suite 2345<br>Bingham Farms, MI 48025 |
|---|---|---|

☐ Juvenile  In the matter of _____
☐ Probate   In the matter of _____

On the date below I sent by ~~first-class~~ Certified mail a copy of the SUMMONS & COMPLIANT to:

PROFESSIONAL ACOUNT MANAGEMENT, LLC.

by Certified Mail and Served on 8/26/2011

to: Names and addresses

Professional Account Management, LLC
RA: The Corporation Company
30600 Telegraph Road – Suite 2345
Bingham Farms, MI 48025

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Professional Account Management, LLC
RA: The Corporation Company
30600 Telegraph Road – Suite 2345
Bingham Farms, MI 48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 26 2011

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
■ Certified Mail   ☐ Express Mail
☐ Registered      ■ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7011 0470 0001 2912 7077

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

I declare that the statements above are true to the best of my information, knowledge, and belief.

August 31, 2011              Signature: _Brandy A. Moore_
Date                          Brandy A. Moore
                              Name (type or print)

MC 302 (4/89) PROOF OF MAILING                    MCR 2.107(C)(3), (D)
19739